**Sergio GUILLEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79019**

Missouri Court of Appeals, Western District.

ORDER FILED: September 13, 2016

---

S. Kate Webber, Kansas City, MO, for Appellant.

Robert Bartholomew, Jr., Jefferson City, MO, for Respondent.

## ORDER

Per Curiam:

Sergio Guillen appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).